AO 154 (10/03) Substitution of Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2024

# UNITED STATES DISTRICT COURT

**MEMORANDUM ENDORSED**

Southern District of New York

Samir Dailey

Plaintiff (s),

V.

Celestial Seven LLC and NJJMJ Inc.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-cv-04328-GHW

Notice is hereby given that, subject to approval by the court, __NJJMJ Inc.__ substitutes
(Party (s) Name)

__Jacqueline Voronov, Esq.__, State Bar No. __024262006__ as counsel of record in
(Name of New Attorney)

place of __Peter Y. Lee, Esq. of Lee, LLC__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Hall Booth Smith, P.C.
Address: 15 E. Midland Avenue, Suite 3A Paramus, New Jersey 07652
Telephone: 201-614-6350     Facsimile   201-730-6254
E-Mail (Optional): jvoronov@hallboothsmith.com

I consent to the above
Date: __9-9-24__                                   _____
                                                   (Signature of Party (s))

I consent to being substituted.
Date: __9/6/24__                                   _____
                                                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __9/10/24__                                  _____
                                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                       _____
                                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Attorney Peter Y. Lee is granted leave to withdraw as counsel for Defendant NJJMJ Inc. Attorney Jacqueline Voronov is directed to enter a notice of appearance in this case promptly. The Clerk of Court is instructed to terminate Attorney Peter Y. Lee from the list of active counsel in this case.

SO ORDERED.

Dated: September 10, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge