```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SAMIR DAILY,                                                   :
                                                               :
                              Plaintiff,                       :     1:24-cv-4328-GHW
                                                               :
                -v-                                            :     ORDER
                                                               :
CELESTIAL SEVEN LLC, *et al.*,                                 :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On September 17, 2024, the Court ordered that this case be referred for mediation to the Court-annexed Mediation Program. Dkt. No. 29. The Court stated that "[t]he mediation should take place at least two weeks prior to the Initial Pretrial Conference," *id.*, which the Court rescheduled for December 16, 2024, Dkt. No. 28. In their joint letter dated December 9, 2024, the parties informed the court that the mediation conference was rescheduled to January 21, 2025. The initial pretrial conference scheduled for December 16, 2024 is therefore adjourned to February 5, 2025 at 4:00 p.m. The parties are ordered to submit a joint letter no later than January 29, 2025 updating the Court on the status of the mediation.

SO ORDERED.

Dated: December 13, 2024
       New York, New York

                                                    _____
                                                           GREGORY H. WOODS
                                                         United States District Judge