**SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP**

Stephen H. Orel - Direct: 212.743.7049 - sorel@ssrga.com

**MEMORANDUM ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025
```

November 17, 2025

**By ecf**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *Samir Daily v Celestial Seven LLC and NJJMJ Inc.*, No. 24-04328
      **Request to Extend Time to Submit Joint Pretrial Order And Related Papers By One Week**

Dear Judge Woods:

We represent defendant Celestial Seven LLC ("Celestial Seven") in the above entitled action. I write with the agreement of all other counsel to respectfully request an extension of time, by one week, for the parties to submit the proposed Joint Pretrial Order and other materials required by your Honor's order of September 26, 2025, from December 1, 2025 to December 8, 2025. We request this extension for two, related reasons: first, the extension would avoid conflict with the Thanksgiving holiday weekend for counsel and their clients; and second, the parties have been engaging in substantive settlement discussions that we, think could lead to resolution in the next week or so, and which would be facilitated by the requested extension.

This request is made jointly and is not intended to cause undue delay, but rather to conserve resources and facilitate continued good faith settlement discussions among the parties as to a potential non-litigated resolution of this matter.

No previous extensions of this deadline have been requested, and no other deadlines are affected by this request.

Respectfully submitted,

*/s/ Stephen H. Orel*
Stephen H. Orel

cc: All counsel (by ecf)

Application granted. The parties' deadline to file their pretrial submissions is extended to December 8, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 50.

SO ORDERED.
Dated: November 17, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

444 Madison Avenue, New York, NY 10022
Main: 212-743-7000 – Fax: 212-743-7001 – www.ssrga.com